Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTABAN MARVILLA, individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff<br>v.<br>SEARS, ROEBUCK AND COMPANY (See Attachment A),<br><br>Defendant | E-filing<br><br>Civil Action No.<br>C08-03202 MHP |

**Summons in a Civil Action**

To: See Attachment "B"

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

DONALD AMAMGBO
7901 OAKPORT, SUITE 4900
OAKLAND, CA 94621
TELEPHONE: 510 615 6000
FACSIMILE: 510 615 6025

REGINALD TERRELL
THE TERRELL LAW GROUP
223 25TH STREET
RICHMOND 94804

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL - 3 2008

Richard W. Wieking
Name of clerk of court

**KELLY COLLINS**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Attachment "A"

DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA.; MTD PRODUCTS INC; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQUAVARNA OUTDOOR PRODUCTS, INC.; and THE KOHLER COMPANY

Attachment "B"

SEARS, ROEBUCK AND COMPANY; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA.; MTD PRODUCTS INC; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQUAVARNA OUTDOOR PRODUCTS, INC.; and THE KOHLER COMPANY