1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone: 510-615-6000
   Facsimile: 510-615-6025
4  Email: Donald@amamgbolaw.com

5

6  REGINALD TERRELL
   THE TERRELL LAW GROUP
   223 25th Street
7  Richmond, CA 94804
   Telephone: 510-237-9700
8  Facsimile: 510-237-4616
   Email: Reggiet2@aol.com
9

10 Attorneys for Plaintiff
   ESTABAN MARVILLA
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  CARL PHILLIPS, on behalf of himself and all others similarly situated | Case No.: C08-2671 SBA |
| 17  Plaintiffs, | |
| 18  v. | **[PROPOSED] ORDER RELATING CASES** |
| 19  SEARS, ROEBUCK & COMPANY, et al., | |
| 20  Defendants. | |
| 21  **This document relates to:** | |
| 22  ESTABAN MARVILLA, on behalf of himself and all others similarly situated, | Case No.: C08-cv-03202 MHP |
| 23            Plaintiff, | |
| 24  v. | |
| 25  SEARS, ROEBUCK & COMPANY, et al. | |
| 26            Defendants._____ | |

27

28      On August 19, 2008, Plaintiff in <u>Marvilla v. Sears, Roebuck & Company, et al.</u>, Case No.

1  C08-02671 SBA, filed an Administrative Motion to Consider Whether Cases Should Be Related,
2  pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and
3  good cause appearing, HEREBY GRANTS the motion.
4      IT IS ORDERED that <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-03202
5  MHP is hereby related to <u>Phillips v. Sears, Roebuck & Company.</u>, Case No.: 08-CV-02671 SBA.
6      <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-02671 SBA shall be
7  reassigned to the undersigned judge pursuant to local Rule 3-12(f).
8  Dated:

                                          The Honorable Sandra Brown Armstrong

                                          United States District Judge