1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone: 510-615-6000
   Facsimile: 510-615-6025
4  Email: Donald@amamgbolaw.com

5

6  REGINALD TERRELL
   THE TERRELL LAW GROUP
   223 25th Street
7  Richmond, CA 94804
   Telephone: 510-237-9700
8  Facsimile: 510-237-4616
   Email: Reggiet2@aol.com

9

10 Attorneys for Plaintiff
   ESTABAN MARVILLA

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| CARL PHILLIPS, on behalf of himself and all others similarly situated | Case No.: C08-2671 SBA |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER RELATING CASES |
| SEARS, ROEBUCK & COMPANY, et al., | |
| Defendants. | |
| **This document relates to:** | |
| ESTABAN MARVILLA, on behalf of himself and all others similarly situated, | Case No.: C08-cv-03202 MHP |
| Plaintiff, | |
| v. | |
| SEARS, ROEBUCK & COMPANY, et al. | |
| Defendants. | |

On August 19, 2008, Plaintiff in <u>Marvilla v. Sears, Roebuck & Company, et al.</u>, Case No.

1
[PROPOSE] ORDER RE WHETHER CASES SHOULD BE RELATED

C08-02671 SBA, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-03202 MHP is hereby related to <u>Phillips v. Sears, Roebuck & Company.</u>, Case No.: 08-CV-02671 SBA.

<u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-02671 SBA shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

Dated:

_____
The Honorable Sandra Brown Armstrong
United States District Judge